ROGER BODMAN v. SUFFOLK COUNTY CONTRACTORS, INC.

June 19, 1984.

Petition for certification denied.


ROGER BODMAN v. UNITED STATES FIDELITY &
GUARANTY COMPANY.

June 19, 1984.

Petition for certification denied.


ROBERT R. KELLY v. MAYOR AND COUNCIL OF
THE CITY OF SALEM.

June 19, 1984.

Petition for certification denied.


IVY HILL PARK APARTMENTS SECTION II, INC. v.
RICHARD A. GRUBER.

June 19, 1984.

Petition for certification denied.